UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY NESBITT,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, COMMISSIONER OF SSA,<br><br>        Defendant. | Case No. 20-cv-04946-PJH<br><br>**ORDER DIRECTING ISSUANCE OF SUMMONS AND SERVICE**<br><br>Re: Dkt. No. 5, 6 |

On July 28, 2020, the court granted plaintiff's application to proceed in forma pauperis. Dkt. 5. In that order, the court also dismissed his action with leave to amend, noting his failure to include the last four digits of his social security number. Id. Shortly after, plaintiff filed an amended complaint curing that failure. Dkt. 6.

Accordingly, the court directs the Clerk of Court to issue summons. Furthermore, the U.S. Marshal or the Clerk's Office for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, plaintiff's affidavit, and this court's orders (including Dkt. 5) upon defendant.

**IT IS SO ORDERED.**

Dated: August 14, 2020

                                                /s/ Phyllis J. Hamilton
                                                PHYLLIS J. HAMILTON
                                                United States District Judge